FILED
September 22, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D20

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | Food Service Management, Inc.   **Case No :** 09-40066 - C - 11 |
| | **Date :** 9/22/09 |
| | **Time :** 8:45 |
| **Matter :** | [1] – Chapter 11 Voluntary Petition. Missing Document(s): Statement of Financial Affairs; Attorney Disclosure Statement; Summary of schedules; Schedule A – Real Property; Schedule B – Personal Property; Schedule D – Secured Creditors; Schedule E – Unsecured Priority Creditor; Schedule F – Unsecured Nonpriority Creditors; Schedule G – Exec. Contracts & Unexpired Leases; Schedule H – Codebtors; List of Equity Security Holders; Statement Regarding Ownership of Corporate Debtor; Document(s) due by 10/5/2009. (jris) |
| **Judge :** | Christopher M. Klein |
| **Courtroom Deputy :** | Teresa Jackson |
| **Reporter :** | Diamond Reporters |
| **Department :** | C |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
      Debtor(s) Attorney – Merle Meyers; Michelle Thompson
(by phone)    Creditor – Todd Burgess; Alan Tippie; John Clemency; Peter Duncan
      U.S. Trustee – Antonia Darling
      Creditor – Brian Bobb; Kevin Collins; Ken Brown; R. Dale Ginter; Donna Parkinson
      Trustee – Steven Victor; Donald Fitzgerald (Kobra Properties Case)

### CIVIL MINUTE ORDER

IT IS ORDERED that a Chapter 11 Trustee be appointed.


Dated: September 22, 2009

_____
United States Bankruptcy Judge