FILED
September 24, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002108461

TO: CASE MANAGER

FROM:     Susan C. Wolny
            Office of the United States Trustee

DATE:     September 24, 2009

SUBJECT:     Chapter 11 First Meeting of Creditors

In re:     **Food Service Management, Inc.**
Case No.:     **09-40066-A-11**

# AMENDED

Please *set and notice* the 341 meeting for this case as follows:

DATE OF 341:     **October 29, 2009**

TIME:     **10:30 a.m.**

LOCATION:   UNITED STATES TRUSTEE OFFICE
                501 "I" Street, Suite 7-500
                SACRAMENTO, CA 95814

