**2**

JUDITH C. HOTZE, State Bar No. 123725
Trial Attorney
ANTONIA G. DARLING, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Acting United States Trustee,
Region 17, Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-40066-C-11 |
| FOOD SERVICE MANAGEMENT, INC., | DC No.: UST-1 |
| Debtor. / | |

**ACTING UNITED STATES TRUSTEE'S APPOINTMENT OF CHAPTER 11 TRUSTEE AND APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

TO THE HONORABLE CHRISTOPHER M. KLEIN, CHIEF U. S. BANKRUPTCY JUDGE:

The Acting United States Trustee for the Eastern District of California hereby applies to the Court pursuant to Federal Rule of Bankruptcy Procedure 2007.1 for an Order Approving the Appointment of Trustee, and in support thereof states:

1. The Acting United States Trustee hereby appoints the following person as trustee in the above-captioned case:

> **BEVERLY N. McFARLAND**
> **The Beverly Group, Inc.**
> **P. O. Box 188**
> **Rocklin, CA 95677**
> **Telephone: (916) 783-3552**
> **Fax: (916) 783-3566**
> **E-mail: beverlygroup@att.net**

2. The Acting United States Trustee has consulted with the following parties in interest regarding the appointment of the trustee, including, but not limited to, what type of work the trustee might have to do in the case, and what background, qualifications and expertise might lend themselves to that type of work:

- Merle C. Meyers, Esq., debtor's counsel
- Steven Victor, Chapter 11 Trustee of the Kobra Properties, No. 08-37271-C-11, and related bankruptcies

Additionally, various interested parties were contacted via e-mail to solicit their comments and suggestions for chapter 11 trustee candidates. Numerous responses were received.

3. To the best of the Applicant's knowledge, Beverly N. McFarland has no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the Acting United States Trustee, and persons employed in the Office of the United States Trustee other than as set forth in the Declaration of Beverly N. McFarland, filed herewith.

4. Ms. McFarland's background and qualifications are as described in the Declaration of Beverly N. McFarland, filed herewith.

5. The bond of the trustee is hereby fixed in the amount of $250,000.00, subject to being increased should cash under the trustee's control increase.

WHEREFORE, pursuant to the Court's Order of September 22, 2009, which directs the Acting United States Trustee to appoint a chapter 11 trustee, Applicant requests that the Court enter an Order Approving the Appointment of Beverly N. McFarland as Trustee in the above-captioned case.

Executed at Sacramento, California, on this 29th day of September, 2009.

Respectfully submitted,

JUDITH C. HOTZE
Attorney for the Acting U. S. Trustee,
Sara L. Kistler

E-filed: Judith C. Hotze, Attorney for U. S. Trustee
Direct Line: (916)930-2087
E-mail: judy.c.hotze@usdoj.gov