**20**
JUDITH C. HOTZE, State Bar No. 123725
Trial Attorney
ANTONIA G. DARLING, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Acting United States Trustee,
Region 17, Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                                    Case No. 09-40066-C-11

FOOD SERVICE MANAGEMENT, INC.,
                                                          DC No.: UST-1
                Debtor.     /

**DECLARATION OF BEVERLY N. McFARLAND IN SUPPORT OF ACTING UNITED STATES TRUSTEE'S APPOINTMENT OF CHAPTER 11 TRUSTEE AND APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

I, Beverly N. McFarland, declare as follows:

1. From 1983 to the present, I have been the president or CEO, and 51% owner of The Beverly Group, Inc., a California corporation ("TBG") which has provided asset management and disposition services to the RTC, FDIC, FSLIC, FADA, financial institutions, attorneys, and governmental agencies with respect to asset values of approximately $7.5 billion in performing and nonperforming real estate loans, real estate owned assets and businesses.

2. My work with TBG has included the negotiation or mediation of complex litigation, loan restructures or workouts, settlement agreements and sales contracts; the resolution of environmental issues including environmentally sensitive lands, negotiations with State and

-1-

Federal governmental entities for necessary approvals, the investigation of loan fraud; the detailed analysis of financial institutions including evaluation of loan portfolios and the development and disposition of land, commercial and industrial real estate, income residential properties, and single family subdivisions nationwide.

3. I have served, either individually or through TBG as receiver or as TBG's case managing officer in both the State and Federal Courts in California and Florida and as managing agent on receivership assets for the Federal Government in 30+ states.

4. From 1977 to 1983, I served as Vice President of the Commercial and Industrial Loan Department of Home Savings of America in Sacramento, California, as well as Vice President of the Business Services & Development Department of the same institution. Subsequent to that position, I was a Vice President and Portfolio Asset Manager of the Real Estate Investment Department of American Savings and Loan Association in Stockton, California.

5. My 38 years of work experience is described in greater detail and breadth in the resume attached hereto.

6. I have served as a chapter 11 trustee, a liquidating agent, and a chapter 7 trustee in numerous cases. A list of the bankruptcy cases for which I have served as a chapter 11/7 trustee, liquidating agent, or in another capacity, are shown in greater detail on the attached resume.

7. I believe that I have the necessary qualifications and abilities to function effectively as a Chapter 11 Trustee in the above-captioned case based upon my experience. My fees, which I understand are subject to a cap, are billed at the rate of $350.00 per hour, plus all expenses.

8. I have examined the Petition and other documents filed by the debtor herein and various interested parties to the case, and have determined that I do not hold any interest adverse to the estate, and that I am a disinterested person as defined in 11 U.S.C.§ 101(14).

9. To the best of my knowledge, I have no connections with the debtor, the debtor's creditors, or any other party in interest, or its respective attorneys and accountants. I was offered the position of Chief Restructuring Officer (CRO) in the case of Kobra Properties, No. 08-37271-C-11, which is related by common ownership to the instant case. I declined to accept the

position. I do not believe that this connection disqualifies me from serving as Chapter 11 Trustee in this case.

10. I have reviewed a list of names of the Acting United States Trustee, the Assistant United States Trustees, and the employees of the Office of the United States Trustee for Region 17. To the best of my knowledge, I have no connections with those persons, except that the Office of the United States Trustee has appointed me as a Chapter 11 Trustee in the past.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of September, 2009, at The Sea Ranch, California.

BEVERLY N. McFARLAND

E-filer: Judith C. Hotze
Attorney for Acting U. S. Trustee,
Sara L. Kistler
Direct Phone: (916) 930-2087
E-mail: judy.c.hotze@usdoj.gov

# The Beverly Group, Inc.

1983 ~ 2009  
Real Estate ~ Business Consultants  
Receivers ~ Chapter 11 Trustees

## 2009 Corporate Summary

*Principals:*

Beverly N. McFarland  
beverlygroup@att.net

Kevin J. Whelan  
kwhelan.beverlygroup@att.net

Main Office

9848 Beckenham Drive  
Granite Bay, CA 95746

| | |
|---|---|
| P. O. Box 188 | P. O. Box 113 |
| Rocklin, CA 95677 | The Sea Ranch, CA 95497 |
| Placer County | Sonoma County |
| Tel: 916.783.3552 | Tel: 707.785.9530 |
| Fax: 916.783.3566 | Fax: 707.785.1710 |

# The Beverly Group, Inc.

**THE BEVERLY GROUP, INC. (TBG) has provided professional services on a national and regional basis since 1983.** Services include asset management, consulting and liquidation services, and its principals serve as court-appointed receivers and trustees. TBG's portfolio of services includes assets with a combined value estimated to exceed seven and a half billion dollars.

Services have been successfully completed on a wide variety of asset types. This includes large portfolios of real estate, residential and commercial construction-development projects, the workout of major loans for financial institutions and real estate assets and businesses from mezzanine private equity funds or hedge funds. Assignments have also involved the operation of a wide variety of businesses including, but not limited to real estate development, manufacturing facilities, radio stations, automobile dealerships, security company, toy company, medical practice, computer consulting firm, the largest commercial marina at Lake Tahoe, restaurants, Taco Bell fast food franchises, printing company and a fixed based airport facility, to name a few.

TBG has shown the flexibility to effectively function in a number of different environments which may be attributed to 60+ years of combined business experience between its two principals. This includes the successful operation of their own business nationwide for many years with offices in three states. As a contractor to the FADA, FSLIC, FDIC and the RTC; TBG employed approximately seventy people, managed over 400 subcontractors and met multi-million dollar payroll and expense obligations successfully. There is no better background when providing services to others than to reflect on the experience of handling your own money and assets. Further, the ability to create, develop, and implement a substantial business plan in a complex environment provides an important tool to assist a successful operation of third party assets and businesses. We take great pride in our work which is completed to the highest industry and ethical standards performed in a timely manner with creativity and accuracy.

# Services and Projects:

## ASSET MANAGEMENT, CONSULTING AND DISPOSITION SERVICES

- Asset Management ~ Operating Businesses, Major Loans, Subsidiary Corporations, Participation Loans and various types of Real Estate
- Receiver, Referee, Examiner ~ Federal and State Courts
- Chapter 11 Trustee ~ Liquidating and Disbursing Agents
- Financial Analysis and Related Activities
- Litigation Management
- Settlements ~ Mediation
- Resolution of Corporate and Partnership Disputes
- Loan Fraud Investigations
- Business ~ Loan Restructures
- Underwriting ~ Packaging of Loans
- Due Diligence Reviews ~ Real Estate Assets and Loans
- Management of Environmental Issues
- Real Estate and Loan Sales Analysis and Sealed Bid Sales
- Homeowners and Common Interest Association Management
- Market ~ Feasibility Studies

## DEVELOPMENT AND CONSTRUCTION

- General Contracting and Supervision
- Construction Inspections and Disbursement
- Construction Defect Resolutions
- Construction and Development Management
- Land Use and Annexation

## GOVERNMENT APPROVALS

- Toxic ~ Hazardous Waste Remediation
- Water Rights and Issues
- Department of Real Estate Requirements
- Federal Communication Commission Requirements
- Other Entitlements

## TYPES OF PROJECTS

Loans and Real Estate
- Loans Secured by Various Asset Types
- Commercial ~ Industrial ~ Apartments
- Construction and Development Projects
  Commercial/Industrial ~ Apartments ~ Single Family ~ Condominiums ~ Townhomes
- Low Income and Affordable Housing
- Planned Unit Developments and Master Planned Communities

Business Samples
- Management or Advisory Services ~ Operating and Underperforming Businesses
- Radio ~ TV Stations
- Commercial~ Manufacturing ~ Retail ~ Restaurant Franchises
- Medical Facilities/Practices
- Fixed Base Aircraft Facilities
- Publishing ~ Printing Companies
- Marinas and Recreational Properties

3

# Clients, Licenses and Associations:

## *PARTIAL CLIENT LIST*

- United States Bankruptcy Courts
- United States District Courts
- United States General Services Administration
- United States Postal Service
- Superior Courts of the State of California
- Superior Courts of the State of Florida
- Resolution Trust Corporation
- Federal Deposit Insurance Corporation
- Federal Savings and Loan Insurance Corporation
- Federal Home Loan Bank Board
- Federal Asset Disposition Association
- Pricewaterhouse Coopers
- American Savings and Loan Association
- American Real Estate Group
- Western Federal Savings
- Bank of America/Nations Bank
- Wells Fargo Bank
- First Interstate Bank
- U.S. Bank
- San Francisco Federal Savings
- River City Bank
- Union Bank
- First Northern Bank
- First Union National Bank of Florida
- First Federal Bank of California
- Bank One
- Madison Capital Company, LLC
- AMRESCO
- SAMCO
- Sacramento Regional Transit District
- Exchange Bank
- PFF Bank & Trust
- Umpqua Bank
- The Royal Bank of Scotland
- Bank of the West

## *LICENSES*

- California Real Estate Corporate Brokers License
- California "Class B" General Contractors License (Kevin J. Whelan)

## *TRADE ASSOCIATIONS AND ORGANIZATIONS*

- California Receivers Forum ~ Sacramento Valley and Bay Area Chapters
- California Bankruptcy Forum ~ Sacramento Valley Chapter
- Turnaround Management Association ~ San Francisco Chapter
- The Risk Management Association ~ Sacramento Chapter
- 100 Women in Hedge Funds – San Francisco Chapter
- The Equity Asset Managers Association ~ San Francisco Chapter
- Historical Society of the U. S District Court, Eastern District of California

# Resumes of Principals:

# BEVERLY N. MCFARLAND
# Chief Executive Officer

## PROFESSIONAL BACKGROUND 1971 TO PRESENT

- The Beverly Group, Inc. (1983 to present) ~ Chief Executive Officer; Real Estate Asset Manager and Business Consultant, Receiver and Chapter 11 Trustee.
- American Savings and Loan Association ~ Vice President ~ Portfolio Manager, Real Estate Construction and Development Projects, Corporate Investments and Commercial Loan Workouts.
- Home Savings of America ~ Vice President, Commercial/Industrial Loans~ Northern California, Business Services and Development.
- Jones, Brand and Hullen, a Coldwell Banker Company ~ Commercial/Industrial Real Estate, Land Sales and Exchanges.
- First National Holding Corporation of the First National Bank ~ Loan Origination, Real Estate Residential, Commercial and Land Sales.

## AREAS OF SPECIALIZATION

*Innovative Solutions and Turnarounds*
*Receiverships and Bankruptcies*
*Liquidating and Disbursement Agents*
*Management of Construction and Development Projects*
*Operating Businesses*
*Financial Analysis*
*Mediation of Corporate Partnership Disputes and Litigation*

*Environmental Issues*
*Land Management and Use*
*Government and Regulatory Compliance*
*Strategic Planning and Implementation*
*Water Rights Issues*
*Market/Feasibility Studies*
*Due Diligence Reviews*

*Asset and Loan ~ Restructures and Workouts*
*Real Estate and Loan Portfolios ~*
*Loan and REO Portfolio Management and Sales*
*Asset ~ Loan Fraud Investigation*
*Loan Underwriting and Analysis*
*Affordable and Low Income Housing*
*Management ~ Homeowners and Common Interest Associations*

## ACHIEVEMENTS

- Founder and co-owner of The Beverly Group, Inc. which has provided business consulting, asset management and disposition services to the RTC, FDIC, FADA, FSLIC, U.S. GSA, financial institutions, corporations, attorneys and other governmental agencies in excess of $7.5 billion of performing and non-performing/under-performing loan assets and real estate, plus due diligence and other services from 1983 to present.
- Supervised management contracts for the resolution of $850 million+ of complex commercial and industrial income and residential real estate and loan assets in default located in 30+ States on behalf of the Resolution Trust Corporation.
- Provided oversight for the management and training of more than 70 corporate and contract personnel located within offices in the States of California, Colorado and Florida.
- Serves as receiver in State Court and regulatory receiver in Federal Court.
- Appointed as receiver, chapter 11 trustee or liquidating agent on large real estate cases and operating businesses which also required substantial expertise in turnaround management, sales and analysis and the resolution an/or mediation of partnership/corporate disputes.

- Managing officer of RTC contracts for oversight of large chapter 11 bankruptcy cases and litigation located in fourteen states and Puerto Rico.
- Experienced in the asset management and sales of several hundred million dollars in securitized loan portfolios partnered with major national and international brokerage companies. Also conducted sealed bid sales on assets.
- Structured and negotiated multi-million dollar corporate real estate acquisitions and liquidations nationwide.
- Key participant in resolution of disputes with partnerships and corporations through creative mediation.

## PROFESSIONAL AND PERSONAL INFORMATION

- Highly skilled in the areas of asset management, restructure and disposition of loans, businesses and real estate with <u>38 years of personal experience.</u>
- Appointments of chapter 7 and 11 trustee or liquidating agent by the United States Bankruptcy Court and receiver/regulatory receiver on behalf of the Federal and State Courts.
- Substantial interaction with Federal Agencies and members of the United States Congress regarding regulatory compliance requirements within the financial industry.
- Testified before members of the United States House of Representatives Banking Committee on matters pertaining to contracting with FDIC and RTC.
- Considerable input and support provided toward the original RTC Minority and Women Owned Business Program through experience, research, congressional testimony as well as the participation in seminars nationwide.
- Nominated by members of the U. S. Congress as one of the candidates for Chief Operating Officer to wind down the RTC. I declined prior to completing the confirmation process.

## ACHIEVEMENTS AND ASSOCIATIONS

    California Receivers Forum
        Founder and past Chair of the Sacramento Valley Receivers Forum
        Founding Director and 2001-2002 Chair of the State Board
        Current member of the State Board and Bay Area Chapter
    California Bankruptcy Forum and Sacramento Valley Bankruptcy Forum.
        Past member of the State and Local Board
        Current member of the State and Local Chapters
    Resolution Advocate for the Alternative Dispute Resolution Program
        U. S. Bankruptcy Court, Eastern District of California
    100 Women in Hedge Funds
    Turnaround Management Association
    Equity Asset Managers Association
    Historical Society of the U. S. District Court,
        Eastern District of California – Charter Member
    U.S. Registry of Who's Who in Leading American Executives in the
        Field of Finance
    National Community Emergency Rescue Team (CERT)

# KEVIN J. WHELAN
# President and Chief Financial Officer

## PROFESSIONAL BACKGROUND 1985 TO PRESENT

- The Beverly Group, Inc. (1986 to present) President and Chief Financial Officer, Real Estate Asset Manager and Business Consultant, Receiver, Referee, Liquidating and Disbursement Agent, Construction and Development Project management.
- Managing Officer of California Corporate Real Estate Broker's License.
- Beverly Development, Inc. (1989 to 2007) President/Chief Financial Officer, Real Estate Development and Construction.
- Managing Officer California "Class B" General Contractors License (1987 to present)
- Western Financial Savings Bank (1985-1986) Loan Officer, Loan Originations and Underwriting.

## AREAS OF SPECIALIZATION

| | | |
|---|---|---|
| Receiver, Referee | Loan and Real Estate Portfolio | Construction and Development, |
| Liquidating Agent | Management, Diagnostic | Project and Loan Management. |
| Financial Management | Strategies and Evaluation | Affordable, Low Income, |
| Cash Flow Analysis | Loan Restructures and | Multi-Family Housing |
| Bankruptcy Distribution Agent | Workouts | Condominium and Townhome |
| and Claims Analysis | Loan Fraud Investigations | Projects |
| Operating Businesses | Due Diligence on variety of | Homeowners and Common |
| Management and Consulting | Assets and Loans | Interest Association Management |
| Negotiations and Settlements | Loan Review and Underwriting | Market Research, Analysis and |
| | Real Estate Asset Dispositions | Business Plans |
| | and Liquidations | |

## ACHIEVEMENTS

- Co-owner of The Beverly Group, Inc., a California corporation which has provided business consulting, asset management, and disposition services to the RTC, FDIC, FADA, FSLIC, U. S. GSA, financial institutions, corporations, attorneys, and governmental agencies in excess of $7.5 billion in asset and loan values comprised of performing and non-performing or under-performing assets and real estate, and due diligence services nationwide.
- CFO managing several hundred thousand to in excess of a million dollars on a monthly basis successfully over a ten + year period through numerous contracts with U. S. governmental agencies acting as receiver.
- Responsible for the financial management of The Beverly Group, Inc. offices in Sacramento, CA, Denver CO and Tampa, FL required for specific governmental contracts and receivership assets which involved the recruitment, hiring and training of more than 70 employees, and the engagement and management of approximately 400 subcontractors nationwide.
- Serves as court appointed receiver or referee on a variety of cases involving asset-based businesses, multi-family, commercial and residential real estate, plus construction and development single family subdivisions, townhome and condominium projects and land in the Central Valley and Northern California.

7

- Served as liquidating and disbursing agent appointed by the U.S. Bankruptcy Court on loan sales, commercial/multi-family, real estate development projects and land.
- Experienced in the asset management and sales of several hundred million dollars in securitized loan portfolios partnered with major national and international brokerage companies nationwide. Also conducted sealed bid sales on assets.
- Supervised the management through construction completion of approximately $20+ million in construction loans for a failed financial institution.
- Completed a due diligence project for an affordable housing lender which involved the review of 200+ moderate, low and very low income multi-family loans.
- Performed $100+ million in real estate market and feasibility studies in the Western U. S. and Hawaii.
- Selected as a contractor by the U.S. Postal Service for their pre-qualified list for new leased construction projects in the States of California, Colorado, Nevada and Utah.
- Highly skilled in business consulting, asset management and real estate with 24+ years of personal experience.

### ACADEMIC CREDENTIALS, PROFESSIONAL LICENSES AND ASSOCIATIONS

B.S. Business Administration, University of Southern California, 1985
California Real Estate Broker's License ~ The Beverly Group, Inc., since 1986
California "Class B" General Contractors License, since 1987
The Risk Management Association
California Receivers Forum Sacramento Valley Chapter ~
   Founding Director/Officer in 1998
   Chair of the Board of Directors ~ 2003
   Board of Directors 1998 through 2007

# SAMPLES OF TBG ENGAGEMENTS BELOW

1.    U. S. Government and Other Financial Clients:   Pages 9 - 11

2.    Receivership Cases:   Pages 12-15

3.    Bankruptcy Cases and Consulting Agreements: Pages 16-17

# EXAMPLES OF
# "ENGAGEMENTS AND APPOINTMENTS"

## 1. U. S. Government and Other Financial Clients:

**Resolution Trust Corporation ("RTC"), RTC-Intermountain Consolidated Office, Denver, Colorado, Contract No. 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, Pool 10**

Western Regional Standard Asset Management Contract (SAMDA) involving in excess of 370 assets from failed savings and loans in RTC Receiverships. Estimated aggregate asset value exceeded $400+ million and included non-performing loans and real estate located in the Western United States. The real estate assets were comprised of commercial, multi-family, low income and affordable housing projects, and land. Asset management and disposition services were provided on all assets assigned from 1990 to 1997 from The Beverly Group, Inc. offices in Sacramento, CA and Denver, CO.

**Resolution Trust Corporation ("RTC"), RTC-Southeast Consolidated Office, Tampa, Florida, Contract No. 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, SAMDA III**

Southeast Regional Standard Asset Management Contract (SAMDA) involving approximately 150 real estate properties (commercial, industrial, multi-family, single family subdivisions, condominiums and land) and loans secured by real estate. Assets were located primarily in 11 Eastern states (and Puerto Rico) from failed savings and loans in RTC Receiverships. Asset Management and disposition services were provided out of The Beverly Group, Inc. offices in Sacramento, CA and Tampa, FL between March 1991 and 1995. Estimated portfolio value was $400+ million.

**FDIC/FSLIC Asset Management Contract, FDIC Irvine, CA Consolidated Office**

Asset management, construction loan management, and disposition services provided on an approximately $90 million portfolio of assets located in California and Arizona. The 23 assets were comprised of subsidiary corporations (assets along with their contingent liabilities), and construction loans from failed savings and loans in receivership. Assets owned by the subsidiary corporations included office buildings, industrial/warehouse properties, commercial land, and FF&E. Services were provided from February 1989 to approximately 1992.

**FDIC/FSLIC Asset Management Contract, FDIC Denver, CO Consolidated Office**

Provided asset management and disposition services on a portfolio of 14 non-performing loans and real estate projects located in four Western States including Hawaii. Security for the loans included multi-family, office, and retail projects, residential subdivisions and land valued at approximately $100+ million. Services were provided between 1988 and 1999.

9

### Federal Asset Disposition Association (FADA) Asset Management Contract, San Francisco Office

TBG provided asset management and disposition services for the FADA under contract from April 1987 through March 1988. Participation loan and joint venture assets were assigned with net takeover values of approximately $100 million. TBG managed all aspects of the assets including negotiations, legal issues, the coordination of all participants, and monitoring sales activities. The assets included office buildings, high rise condominiums, and ski resorts located in several states from California to Virginia.

### Federal Home Loan Bank Board ("FHLBB") Institution Takeover Review

TBG completed an analysis of the corporate headquarters of Citizens Savings and Loan Association, Salem Oregon, in January 1988. Information reviewed and reported included departmental organization, personnel, litigation files, loans (current, delinquent and in progress) and financial systems. Work was performed at the association by TBG under a consulting contract in preparation for a FSLIC takeover.

### Pricewaterhouse Coopers/TBG ("PW") Due Diligence Services

TBG performed in excess of $4 billion in consulting contracts along with PW over approximately a three year period in the middle 90's. The due diligence on loan portfolios was performed both for private parties and government agencies (Including loans and assets originated by American Savings and Loan Association/New West Savings, Stockton, California, Silverado Savings and Loan Association in Denver, Colorado). Loans reviewed included participation loans, loans to individuals, partnerships, corporations, subsidiary corporations, joint ventures, and loans to foreign nationals. Loan types included acquisition and development land loans, new construction and primary loans, refinances, seconds, thirds and complex, cross collateralized loans.

### Crocker National Bank/Bracton Corporation (Acquired by Wells Fargo Bank), Asset Management Services

Asset management and construction management services were provided on two major projects in California. First, a 600 acre planned development located in Plumas County, including a golf course and club house, with a value of approximately $45 million. Substantial problem solving including environmental issues, designing and reconstructing the water and sewer systems, working with three homeowners associations (350 members), and obtaining governmental approvals from the U.S. Department of Forestry, California Department of Real Estate, Department of Health Services and Water Resources Department and Plumas County. The second project was a planned development with homes ranging from $500K to $2 + million which required negotiations with homeowners, resolution and repairs of construction defects, management of the homeowners association and the management and construction of a multi-million dollar flood control project completed in accordance with Los Angeles County requirements.

### Savings Association Mortgage Company, Inc. ("SAMCO"), Due Diligence and Advisory Services

SAMCO was a California affordable housing lending consortium with over 75 financial institution members. TBG reviewed their portfolio of 200 affordable multi-family construction and permanent loans in 1998. The goal of the engagement was to advise the corporate board of directors regarding the status of their portfolio, and recommendations on the slow or problem loans. In addition, TBG performed underwriting services for new affordable housing construction loans to assist with a short term SAMCO staffing shortage.

### AMRESCO ~ Pier 39, San Francisco, CA ~ Consulting Services

TBG entered into an engagement with AMRESCO to perform due diligence on the leases on Pier 39 in support of their consideration to refinance the project loan. The work involved the review, analysis and summary of all leases and the production of a report to AMERSCO.

### DIABLO GRANDE ~ Patterson, CA ~ Consulting Services

TBG entered into an agreement with a law firm to provide consulting services to its client, The Royal Bank of Scotland, to craft a short term and long term liquidation plan for the management and disposition of a 30,000 acre Master Planned Community in the Diablo Mountains, West of the City of Patterson, California. Additionally, a sealed bid sale of the asset was successful in accordance with TBG's recommendations and was approved by the U. S. Bankruptcy Court. TBG remained an advisor to the law firm and bank on that sale in order to recapture funds provided for a major loan in default. (*Specifics remain confidential at this time.*)

### NAPA Valley Winery ~ Consulting Services

TBG is currently working under an agreement with a hedge fund and the owner of a large winery in the Napa Valley, to provide consulting services in order to insure a sale and pay off the first lien in a timely manner. (*All information is confidential at this time.*)

### Sacramento Regional Transit District ~ Site Location Consulting Services

TBG contracted with a design firm to assist with the planning of a new regional bus maintenance facility for Sacramento Regional Transit District. The scope of work included meetings with personnel, researching the market and locating properties that matched the needs of the agency, defining site issues and producing comprehensive reports regarding information and recommendations.

## 2. Receivership Cases:

### In re: Paulson, LLC, Case No. CO8-00266

Appointed as Receiver in Superior Court of Contra Costa County as Receiver to take control of a 24 unit, partially completed condominium project in Walnut Creek, California. The purpose of the receivership is to manage, preserve, protect and secure the property, resolve litigation, obtain bids to remedy major construction defects, manage construction, file and manage a wrap insurance claim for $1 million dollars with Arch Insurance Group, final the project, manage the homeowners association and sell the units.

### In re: Sun Meadows 136, LLC Case No. 34-2008-00011385

Appointed in Superior Court of Sacramento County as Receiver to take possession, custody and control of collateral assets, comprised of 30 single family residential units known as Sun Meadows Retirement Community to manage, preserve, protect and secure the project while a foreclosure is in progress in addition to working with the homeowners association. Remained in the case as custodian when debtor filed for bankruptcy.

### In re: Alchemy at R Street, LLC Case No. 34-2008-00011380

Appointed in Superior Court of Sacramento County as Receiver to take possession, custody and control of collateral assets, comprised of 20 residential units including single family dwellings and apartments known as Alchemy at R Street to manage, preserve, protect and secure the project while a foreclosure is in progress.

### In re: Sonoma Village West, LLC dba Orchard Park Case No. CIVRS810625

Appointed as Receiver by Superior Court of San Bernardino, Rancho Cucamonga District to take custody and control of collateral assets comprised of 15 partially completed single family residences and townhomes and commercial land in the City of Sonoma, California. Receiver has preserved the governmental approvals including securing a six month extension on permits with the City and has obtained contractor's bids to complete construction while a foreclosure is in process.

### In re: Belevedere, LLC Case No. CV08 02522

Appointed as receiver in the Second Judicial District Court of the State of Nevada on a portion of the real estate assets and an interest in personal property asset contained in a partially completed high rise condominium project located in Reno, Nevada which includes 96 finished and unfinished condominium units as well as an interest in the common area of the project. The project is complex and requires intense management and analysis of options which are in process at this time.

### In re: Linwood Village Case No. SCV-244279

Appointed as receiver by Superior Court of Sonoma County to take possession, custody and control of all assets of Linwood Village Investors 2007, LLC which consists of a Planned Unit Development in Santa Rosa, California, comprised of 207 completed and partially completed SF homes, townhomes and finished lots. Receiver has investigated all aspects of the construction and common areas and obtained bids to complete the commons and vertical construction. The project also has an active 200+ member homeowners association which the Receiver is charged to manage as President of the association. In addition, several sales of units are in process as well as offers to purchase the entire project.

**In re: Belton Mouras, Jr. Case No. 34-009-00033039**

Appointed as Receiver by Superior Court of Sacramento County to preserve, protect and manage 30 residences located in various locations within Sacramento County while a foreclosure is in process. The properties consist of SF homes, duplexes and a four plex.

**In re: Blairwood Condominiums, Case No. 2008-00003679-CU-MC**

Appointed as Receiver in Superior Court of Sacramento County, to take control of a 20 unit, partially completed condominium project in Carmichael, California. The purpose of the receivership was to manage, preserve, protect and secure the property while a foreclosure was in progress.

**In re: The Crest at Sierra Creek, Case No. 2008 – 00013853-CU-BC-GDS**

Appointed as Receiver in Superior Court of Sacramento County, to take control of 23 units and 4 land parcels of a 48 unit condominium project in Antelope, California. The purpose of the receivership was to manage, preserve, protect and secure the property while a foreclosure was in progress.

**In re: Sunrise Commons**

Appointed as Receiver by Superior Court of Sacramento County to take over and operate a several hundred unit apartment project as a result of dispute between lender and borrower. Performed all management functions for nearly one year. Case resolved when asset was sold to a third party and Receiver discharged.

**In re: Diamond Radio, Inc., dba "The Bomb", Case No. 00AS01073**

Appointed as Receiver in Superior Court of Sacramento County to operate a radio station and consummate a stock sale. Station was estimated to be valued in excess of $20 million. TBG obtained and FCC license and operated facility in a regulatory environment. Managed the on site operations of the station for approximately one year achieving gains in revenues and successfully completed the sale of stock in the corporation.

**In re: Progressive Media Group, Inc., dba "The Breeze", Case Nos. 98AS00802 and 97AS00706**

Appointed as Receiver in Superior Court of Sacramento County to take control and operate an FCC regulated radio station. Case was a result of a financial dispute between owners of corporation and venture capital lender. Receiver obtained and FCC license to operate station, performed a sealed-bid sale after court approval to liquidate asset and continued to operate under an LMA until FCC approval was obtained to transfer station license to new owner.

**In re: Guarantee Chevrolet dba Century Chevrolet; Paradiso Automotive Service dba Harry Marx Cadillac Pontiac GMC, Case No. 10CV098167**

Appointed as a Post-Judgment Receiver in Superior Court of Santa Clara County to satisfy a $3.5 million judgment against the judgment debtor on two General Motors dealerships in Los Banos and Watsonville, California. Receiver operated both dealerships with approximately 55 employees and sold the assets within 30 days of appointment transferring funds to the judgment creditor. Approximately one-half of the employees jobs were preserved as experienced dealers purchased the assets

**In re: Damert Toys and Games, Inc., Case No. 2001-022682**

Appointed as Receiver by Superior Court of Alameda County to operate an international toy manufacturing and distribution company located in Berkley, California with factories in mainland China. Receivership created because a major loan in dispute between the owners and lender. Operated company until it was determined that assets of the business should be sold in order to resolve issues through a sealed bid sale. Receiver conducted the sale and subject to court approval, closed the sale and disposed of all inventory to a competing West Coast toy manufacturer and distributor.

**In re: Matrix, Case No. 02AS05168**

Appointed as Receiver by Superior Court of Sacramento County to preserve and protect a business that offered computer outsourcings services and security to major municipalities. Receivership created because of partnership disputes which were resolved by selling ownership interest of one partner to the other.

**In re: Central Valley Dairymen Association, Case No. 147653**

Appointed as Receiver in Superior Court of Merced County to serve as a Limited Purpose Receiver to protect certain assets and report on changes in their status.

**In re: B. W. H., Case No. 99AS00319**

Appointed as Receiver in Superior Court of Sacramento County to take control of Office/Retail buildings as a result of a dispute between the lender and owner of property. Receiver discharged when property foreclosed by lender.

**In re: Garcia, Case No. 03AS06528**

Appointed as Referee in Superior Court of Sacramento County. Dispute between co-owners of real estate which necessitated liquidation of the asset.

**In re: RAM, Case No. 97AS02001**

Appointed as Receiver by Superior Court of Sacramento County to take control of an office/retail building in downtown Sacramento. Receivership created due to dispute between partnership which owned building and private lender. After period of time, parties settled their differences.

### In re: W.O.K.T. Properties, Inc., Case No. 98AS02033

Appointed as Receiver in Superior Court of Sacramento County. Case involved the takeover of a vacant medical building as a result of disputes between the lender and the borrower. Receiver was discharged after lender foreclosed on asset.

### In re: Research Pavilion Office Building, Case No. C1926819

Appointed as Receiver in Superior Court of Orange County, Orlando, Florida to preserve and protect major office complex occupied by a university and the U. S. Navy among other national tenants. Receivership created to resolve numerous disputes between owners and lender which was accomplished in a timely manner.

### In re: Mansion Court

Appointed in Superior Court of Sacramento County to preserve, protect and rehabilitate a low income apartment complex in downtown Sacramento. Receiver managed the building, subcontracted the rehabilitation work, and rented units as they became available.

### In re: River Park Vista

Appointed Receiver in Superior Court of Sacramento County to take control of an apartment project as a result of a dispute between a lender and a borrower. Property located near university and had numerous issues requiring resolution. Receiver was discharged after lender foreclosed on property.

### In re: Ortiz/JRO, Inc., Case No. S CV 19779

Appointed as Receiver in Superior Court of Placer County to take control of a commercial building with a tenant operating a Mexican food restaurant. Assets of the case in addition to the building included the furniture, fixtures, and equipment used to operate the business. Defendants and relative of defendant (who claimed interest in property), filed five bankruptcies. The Receiver turned over the assets to the appointed trustee, when required, and navigated the complex process through Bankruptcy Court to enable a discharge of the Receiver in State Court.

## 3. Bankruptcy Cases and Consulting Agreements:

**In re: Redwood Empire Restaurants, Case Nos. 03-442360 N, 03-44237-N, 03-44238-N, 03-44239-N, and 03-44260-N, Northern District of CA**

Chapter 11 Trustee for three corporations and two individual debtors in bankruptcy (5 separate cases – administered jointly, not consolidated) owning operating businesses and real estate projects including 27 Taco Bell franchise stores located throughout Northern California from Willits to the East Bay Area. Assets were encumbered by numerous loans cross collateralized several times with different lenders and guarantors which required substantial due diligence and negotiations with lenders and other creditors. Trustee operated the business from its Lafayette, California location with more than 350 employees, conducted an auction sale of the assets which was successful and, with assistance of counsel, resolved major litigation issues through settlements.

**In re: Miller, Case No. 96-36287-A-11 – Eastern District of CA**

Chapter 11 Trustee for debtor owning approximately 4,000 acres of ranch land and various types of real estate in Shasta, Tehama and Siskiyou Counties. The most valuable land asset was situated contiguous to environmentally sensitive Battle Creek. Additionally, the Trustee was required to shut down an internal medical practice of 40 years owned by the debtor. Resolution to the case was a successful sale of the land through a sealed bid sales process, settlements with third parties and the major lender and the complete closure of the medical practice.

**In re: Cottonwood, Case No. 93-28980-C-11 – Eastern District of CA**

Chapter 11 Trustee for a debtor owning a 58,000 square foot shopping center in Northern California containing environmental problems, lender disputes and tenant issues plus, litigation threatened by the State of California and Yolo County. Trustee investigated contamination and remediation necessary and made recommendations to the Court.

**In re: Tahoe Boat Company, Case No. 94-21742-R-7, Eastern District of CA**

Chapters 11 and 7 Trustee for debtor that owned largest commercial marina on the North Shore of Lake Tahoe located on property leased from the State of California under the control of the California State Lands Commission. The marina consisted of real estate and 120 "Dockominiums" owned by individuals governed by a boat owners association, a monthly slip and buoy leasing operation for commercial vessels and private yachts, storage facilities off site for 165+ boats, an onsite commercial shopping center and restaurants. Numerous issues relating to the property included upland property disputes, partnership disputes other litigation in progress and environmental issues to name a few. Trustee operated the businesses and served as "Harbor Master" through sale of the marina, related real estate and resolution of the litigation through successful settlement negotiations.

**In Re: Plymouth, Case No. 94-24111-C-11 – Eastern District of CA**

Chapter 11Trustee for debtor owning 84 subdivision lots in the City of Plymouth, California. Property required resolutions to DRE requirements and other governmental approvals. Trustee negotiated settlement agreement with major lender, resolved partnership disputes and sold the subdivision through a court approved plan.

16

**In re: Tri-Valley Growers, Bankruptcy Case No. 00-44089 J, U. S. Bankruptcy Court, Northern District of California ~ Due Diligence and Advisory Services**

TBG Engaged by Post Confirmation Committee of Unsecured Creditors to perform review and analyst services regarding employee and other claims. Task included over 1900 claims involving several labor unions and others totaling more than $5,000,000. Reviewed and sorted information, researched and removed duplications and reconciled available data to assist in claims resolution.

**In re: Carter Park Condominiums I and II, South San Francisco, CA, Case No. 93-34356-DM and 93-3-4357-DM, U. S. Bankruptcy Court, Northern District of California ~ Liquidating Agent**

TBG was appointed liquidating agent for an asset which was part of a chapter 11 bankruptcy case in the Northern District. The assigned asset was a multi-unit, partially completed, condominium project located in South San Francisco with substantial construction defects. The project was located within the rift zone of the San Andreas Fault. TBG successfully, and in a timely fashion, sold the project through a sealed bid process.

**In re: Redwood Empire Restaurants, Inc., Case Nos. 03-442360 N, 03-44237-N, 03-44238-N, 03-44239-N, and 03-44260-N, U. S. Bankruptcy Court, Northern Dist. of California ~ Consulting Services**

TBG appointed as consultant to the Chapter 11 Trustee to perform detailed due diligence on approximately $16 million in multiple, cross-collateralized loans in default. Reconstructed loan files for the Trustee and produced spreadsheets and reports which uncovered the various cross collateralized, and numerous debts, against the estate's assets. Primary assets were 26 Taco Bell franchise stores and real estate located throughout Northern California from Willits to the East Bay Area.

**In re: Battle Creek Ranch, Miller Case No. 96-36287-A-11, U. S. Bankruptcy Court Eastern District of California ~ Liquidating Agent**

TBG appointed as liquidating agent to sell approximately 1,511 acres of unimproved pasture land adjacent to Battle Creek and straddling the Shasta-Tehama County line. Liquidating agent researched all aspects of the land including encumbrances, other title issues, governmental restrictions and requirements, crafted marketing brochures, a complete due diligence package including all sale documentation, established a contact list of approximately 600 investors resulting in a successful sale in excess of $1.5 million.