FILED
October 19, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002163349

WINSTON & STRAWN LLP
Richard A. Lapping (SBN: 107496)
rlapping@winston.com
David A. Honig (SBN: 160721)
dhonig@winston.com
Marcus Colabianchi (SBN: 208698)
mcolabianchi@winston.com
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Proposed Attorneys for Chapter 11 Trustee
BEVERLY N. MCFARLAND

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 09-40066 |
| FOOD SERVICE MANAGEMENT, INC., | Chapter 11 |
| Debtor. | |

## NOTICE OF CONTINUED MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the meeting of creditors (11 U.S.C. § 341) in the above referenced bankruptcy case that was initially set for October 29, 2009 at 9:00 a.m. has been continued to November 5, 2009 at 10:30 a.m.

The meeting will be held at Robert T. Matsui United States Courthouse, 501 I Street, Room 7-500, 7th Floor, Sacramento, California 95814.

Dated: October 19, 2009          WINSTON & STRAWN LLP

By: /s/ Richard A. Lapping
Richard A. Lapping
Proposed Counsel to Beverly N. McFarland, Chapter 11 Trustee

SF:264442.2