FILED
October 20, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002165002

**8**

WINSTON & STRAWN LLP
Richard A. Lapping (SBN: 107496)
rlapping@winston.com
David A. Honig (SBN: 160721)
dhonig@winston.com
Marcus Colabianchi (SBN: 208698)
mcolabianchi@winston.com
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Proposed Attorneys for Chapter 11 Trustee
BEVERLY N. MCFARLAND

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 09-40066 |
| FOOD SERVICE MANAGEMENT, INC., | Chapter 11 |
| Debtor. | |

### NOTICE OF FILING OF CERTIFICATE OF SERVICE
### (NOTICE OF CONTINUED MEETING OF CREDITORS)

**PLEASE TAKE NOTICE** that the duly appointed Chapter 11 Trustee Beverly N. McFarland hereby files the attached Certificate of Service re Notice of Continued Meeting of Creditors with the Clerk of the United States Bankruptcy Court for the Eastern District of California, Sacramento Division.

Dated: October 20, 2009          WINSTON & STRAWN LLP

By: /s/ Richard A. Lapping
Richard A. Lapping
Proposed Counsel to Beverly N.
McFarland, Chapter 11 Trustee

SF 264671v1

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 09-40066 |
| FOOD SERVICE MANAGEMENT, INC. | Chapter 11 |
| Debtor. | Date: November 5, 2009<br>Time: 10:30 a.m.<br>Place: 501 I Street, 7th Floor<br>Room 7-500<br>Sacramento, CA 95814 |

## CERTIFICATE OF SERVICE

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., whose business address is 444 North Nash Street, El Segundo, California 90245.

2. At the direction of Winston & Strawn, LLP, Proposed Attorneys for Chapter 11 Trustee Beverly N. McFarland, copies of the documents identified below by item number were served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on October 19, 2009:

       Item No. 1    NOTICE OF CONTINUED MEETING OF CREDITORS
       ///

Exhibit "A"    Address List regarding Item 1
- Those parties who have requested special notice and the Core Group are referenced in Service List 34515
- The Affected Parties are referenced in Service List 34516

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at 444 North Nash Street, El Segundo, California on this 19th day of October, 2009.

James H. Myers

# EXHIBIT A

# FSM

Total number of parties: 184

## Exhibit A - FSM

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34516 | AAA MINI & RV STORAGE-TK INVST, 2680 TARMAC RD, REDDING, CA, 96003 | US Mail (1st Class) |
| 34516 | AIRGAS, P O BOX 7425, PASADENA, CA, 91109-7425 | US Mail (1st Class) |
| 34516 | ALEX`S CARPET CLEANING, P O BOX 1334, CITRUS HEIGHTS, CA, 95611 | US Mail (1st Class) |
| 34516 | ALL TEMP REFRIGERATION SERVICE, 9702 TANQUERAY CT, REDDING, CA, 96003 | US Mail (1st Class) |
| 34516 | ALLIED INSURANCE COMPANY, P O BOX 514540, LOS ANGELES, CA, 95001 | US Mail (1st Class) |
| 34515 | ALLIED INSURANCE COMPANY, P O BOX 514540, LOS ANGELES, CA, 95001 | US Mail (1st Class) |
| 34516 | ALLIED WASTE SERVICES #917, P. O. BOX 78031, PHOENIX, AZ, 85062 | US Mail (1st Class) |
| 34515 | ALLIED WASTE SERVICES #917,, P.O. BOX 78031, PHOENIX, AZ, 85062 | US Mail (1st Class) |
| 34516 | AMERICAN HI-TECH SOLUTIONS INC, 1420 E ROSEVILLE PKWY 140-312, ROSEVILLE, CA, 95661 | US Mail (1st Class) |
| 34515 | ASSAYAG & MAUSS, MICHELLE SABO ASSAYAG, ESQ, (RE. UNION BANK), 2915 REDHILL AVE , SUITE 200, COSTA MESA, CA, 92626 | US Mail (1st Class) |
| 34516 | AT&T, PO BOX 78045, PHOENIX, AZ, 85062-8045 | US Mail (1st Class) |
| 34516 | ATT MOBILITY, P. O BOX 515188, LOS ANGELES, CA, 90051 | US Mail (1st Class) |
| 34516 | AUBURN PLACER DISPOSAL, PO BOX 6566, AUBURN, CA, 95604 | US Mail (1st Class) |
| 34516 | AUTO-CHLOR, 3000 ACADEMY WAY, SUITE 100, SACRAMENTO, CA, 95815 | US Mail (1st Class) |
| 34516 | BENDERSON DEVELOPMENT CO , INC, PO BOX 21199, BRANDENTON, FL, 34204 | US Mail (1st Class) |
| 34516 | BEREA POWERWASH, 635 TURNSTONE DRIVE, SACRAMENTO, CA, 95887 | US Mail (1st Class) |
| 34516 | BIANCO LANDSCAPE MNGMENT, 1420 E ROSEVILLE PARK WAY, SUITE 140-345, ROSEVILLE, CA, 95661 | US Mail (1st Class) |
| 34516 | BLUE SHEILD OF CALIFORNIA, P. O BOX 3008, LODI, CA, 95241-3008 | US Mail (1st Class) |
| 34516 | BTJRNETT&COMPANY LLP, 2870 GOLD TAILINGS CT, RANCHO CORDOVA, CA, 95670-6106 | US Mail (1st Class) |
| 34516 | C & M BACKFLOW, PO BOX 901, ROCKLIN, CA, 95677 | US Mail (1st Class) |
| 34516 | CALIFORNA WASTE RECOVERY, PO BOX 670, WOODBRIDGE, CA, 95258 | US Mail (1st Class) |
| 34516 | CALIFORNIA NEON PRODUCTS, 4530 MISSION GORGE RD, SAN DIEGO, CA, 92120 | US Mail (1st Class) |
| 34516 | CALIFORNIA SHEET METAL, 271 OPPORTUNITY STREET STE F-G, SACRAMENTO, CA, 95838 | US Mail (1st Class) |
| 34516 | CAPITAL STEAM CLEANERS, 2112 STOCKMAN CIRCLE, FOLSOM, CA, 95630 | US Mail (1st Class) |
| 34516 | CAREERBUILDER, LLC, 13047 COLLECTION CENTER DR , CHICAGO, IL, 6069-30130 | US Mail (1st Class) |
| 34516 | CARTRIDGE WORLD - ROSEVILLE, BRIGHT CONCEPTS INC DBA, 1251 BASELINE RD, ROSEVILLE, CA, 95747 | US Mail (1st Class) |
| 34516 | CDFA/MDFS LICENSING UNIT, P O BOX 942872, SACRAMENTO, CA, 94271-2872 | US Mail (1st Class) |
| 34515 | CHAPTER 11 TRUSTEE FOR KOBRA PROPERTIES, STEVEN L VICTOR, 3001 LAVA RIDGE COURT, SUITE #340, ROSEVILLE, CA, 95661 | US Mail (1st Class) |
| 34515 | CHAPTER 11 TRUSTEE, BEVERLY N MCFARLAND, 9848 BECKENHAM, GRANITE BAY, CA, 95746 | US Mail (1st Class) |
| 34516 | CINTAS, PO BOX 97627, CHICAGO, IL, 60678-7627 | US Mail (1st Class) |
| 34516 | CITI CARDS, P O BOX 6405, THE LAKES, NV, 88901-6405 | US Mail (1st Class) |
| 34516 | CITRUS HEIGHTS WATER DISTRICT, PO BOX 286, CITRUS HEIGHTS, CA, 95611 | US Mail (1st Class) |
| 34516 | CITY OF ANDERSON, 1887 HOWARD ST, ANDERSON, CA, 96007 | US Mail (1st Class) |
| 34516 | CITY OF ELK GROVE ALARM BUREAU, 8400 LAGUNA PALMS WAY, ELK GROVE, CA, 95758 | US Mail (1st Class) |
| 34516 | CITY OF ELK GROVE UTILITIES, 8400 LAGUNA PALMS WAY, ELK GROVE, CA, 95632 | US Mail (1st Class) |
| 34516 | CITY OF GALT, 380 CIVIC DR, GALT, CA, 95632 | US Mail (1st Class) |
| 34516 | CITY OF GRASS VALLEY, 125 EAST MAIN ST, GRASS VALLEY, CA, 95945 | US Mail (1st Class) |
| 34516 | CITY OF RED BLUFF UTILITIES, 555 WASHINGTON STREET, RED BLUFF, CA, 96080 | US Mail (1st Class) |
| 34516 | CITY OF REDDING, 777 CYPRESS AVENUE, REDDING, CA, 96049 | US Mail (1st Class) |
| 34515 | CITY OF REDDING, 777 CYPRESS AVENUE, REDDING, CA, 96049 | US Mail (1st Class) |
| 34516 | CITY OF REDDING FINANCE DIVISI, PO BOX 496071, REDDING, CA, 96080 | US Mail (1st Class) |
| 34516 | CITY OF REDDING MUNICIPAL UTIL, PO BOX 496081, REDDING, CA, 96049-6071 | US Mail (1st Class) |
| 34516 | CITY OF ROCKLIN BUSINESS, 3970 ROCKLIN RD , ROCKLIN, CA, 95677 | US Mail (1st Class) |

**Exhibit A - FSM**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34516 | CITY OF ROSEVILLE, 311 VERNON ST., ROSEVILLE, CA, 95678 | US Mail (1st Class) |
| 34515 | CITY OF ROSEVILLE, 3 11 VERNON ST, ROSEVILLE, CA, 95678 | US Mail (1st Class) |
| 34516 | CLARK PEST CONTROL, PO BOX 1480, LODI, CA, 95241 | US Mail (1st Class) |
| 34516 | CLARK REFRIGERATION, 3500 LEONARD STREET, REDDING, CA, 96002 | US Mail (1st Class) |
| 34516 | COCA-COLA USA, PO BOX 102190, 68 ANNEX, ATLANTA, GA, 30368 | US Mail (1st Class) |
| 34515 | COCA-COLA USA, PO BOX 1021 90, 68 ANNEX, ATLANTA, GA, 30368 | US Mail (1st Class) |
| 34516 | CONCEPT COMMUNICATIONS, 3314 SWETZER RD, LOOMIS, CA, 95650 | US Mail (1st Class) |
| 34516 | CONOCO PHILLIPS FLEET, PO BOX 19107, HOUSTON, TX, 77224-9107 | US Mail (1st Class) |
| 34515 | CONOCO PHILLIPS FLEET, PO BOX19107, HOUSTON, TX, 77224-9107 | US Mail (1st Class) |
| 34516 | COUNTY OF SACRAMENTO ENVIRONME, 8475 JACKSON RD, SUITE 240, SACRAMENTO, CA, 95826 | US Mail (1st Class) |
| 34516 | COUNTY OF SACRAMENTO UTILITIES, 9700 GOETHE RD, SUITE C, SACRAMENTO, CA, 95827 | US Mail (1st Class) |
| 34515 | COUNTY OF SACRAMENTO UTILITIES, 9700 GOETHE RD, SUITE C, SACRAMENTO, CA, 95827 | US Mail (1st Class) |
| 34516 | CRYSTAL GAMINO, | US Mail (1st Class) |
| 34516 | CT CORPORATION, P O. BOX 4349, CAROL STREAM, IL, 60197-4349 | US Mail (1st Class) |
| 34516 | DANA CENTRE, PO BOX 2990, NEWPORT BEACH, CA, 92658 | US Mail (1st Class) |
| 34515 | DANA CENTRE, PO BOX 2990, NEWPORT BEACH, CA, 92658 | US Mail (1st Class) |
| 34516 | DEPARTMENT MOTOR VEHICLE, DEPARTMENT MOTOR VEHICLE, SACRAMENTO, CA, 94294-0299 | US Mail (1st Class) |
| 34516 | DOCU WARE INC , 269 TECHNOLOGY WAY SUITE B8, ROCKLIN, CA, 95765 | US Mail (1st Class) |
| 34516 | DSRG L P. - ROSEVILLE CENTER, PO BOX 6157, HICKSVILLE, NY, 11802-6157 | US Mail (1st Class) |
| 34516 | ELK GROVE WATER SERVICE, 9257 ELK GROVE BLVD, ELK GROVE, CA, 95624 | US Mail (1st Class) |
| 34516 | EMPLOYMENT DEVELOPMENT DEPT, EMPLOYMENT DEVELOPMENT DEPT, SACRAMENTO, CA, 95827 | US Mail (1st Class) |
| 34516 | FABRICATION UNLIMITED, 8270 BELVEDERE AVE, SACRAMENTO, CA, 95286 | US Mail (1st Class) |
| 34516 | FEDEX, 3610 HACKS CROSS RD , MEMPHIS, TN, 38125 | US Mail (1st Class) |
| 34515 | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP, DONALD W FITZGERALD, (RE. STEVEN L VICTOR, TTEE OF KOBRA PROPERTIES), 400 CAPITAL MALL, SUITE 1450, SACRAMENTO, CA, 95814 | US Mail (1st Class) |
| 34516 | FERGUSON ENTERPRISES, 5631 AUBURN BLVD , SACRAMENTO, CA, 95841 | US Mail (1st Class) |
| 34516 | FIRE KING SECURITY PRODUCTS, 101 SECURITY PARKWAY, NEW ALBANY, IN, 47150 | US Mail (1st Class) |
| 34516 | FLUKE ELECTRONICS, P O BOX 9090, EVERETT, WA, 98206-9090 | US Mail (1st Class) |
| 34515 | FOOD SERVICE MANAGEMENT, INC , 3001 LAVA RIDGE CT , #340, ROSEVILLE, CA, 95661 | US Mail (1st Class) |
| 34516 | FOREST DESIGN LANDSCAPING, P O. BOX 493655, REDDING, CA, 96049-6071 | US Mail (1st Class) |
| 34516 | FRAZEE PAINT, P O BOX 122471, SAN DIEGO, CA, 92112 | US Mail (1st Class) |
| 34516 | FREUND BAKING CO , P O BOX 152, MT EDEN, CA, 94545 | US Mail (1st Class) |
| 34515 | FREUND BAKING CO., P 0 BOX 152, MT EDEN, CA, 94545 | US Mail (1st Class) |
| 34516 | FRONTIER, PO BOX 20540, ROCHESTER, NY, 14502-0540 | US Mail (1st Class) |
| 34516 | G NEIL, P. O. BOX 451179, SUNRISE, FL, 33345-1179 | US Mail (1st Class) |
| 34515 | GALLAGHER & KENNED, P A, TODD A BURGESS / JOHN R CLEMENCY, (RE· NATIONAL BANK OF ARIZONA), 2575 E CAMELBACK RD , SUITE 1100, PHOENIX, AZ, 85016 | US Mail (1st Class) |
| 34516 | GALT VILLAGE CENTER, 1792 TRIBUTE ROAD, STE 270, SACRAMENTO, CA, 95815-4321 | US Mail (1st Class) |
| 34516 | GPS SPECIALITY CONST INC , 4240 ROSEVILLE RD ., NORTH HIGHLANDS, CA, 95660 | US Mail (1st Class) |
| 34516 | GREEN WASTE OF TEHAMA, DEPT 1433, LOS ANGELES, CA, 90084 | US Mail (1st Class) |
| 34515 | GREENBURG TRAURIG, LLP, KEVIN T COLLINS, (RE NATIONAL BANK OF ARIZONA), 1201 K STREET, SUITE 1100, SACRAMENTO, CA, 95814 | US Mail (1st Class) |
| 34516 | GREG RASH ELECTRICAL, 408 ROUNDUP AVE, RED BLUFF, CA, 96080 | US Mail (1st Class) |
| 34516 | HM ELECTRONICS, 14110 STOWE DR, POWAY, CA, 92064 | US Mail (1st Class) |
| 34516 | HOME TEAM PEST DEFENSE, 3628 MADISON AVE, SUITE 5, NORTH HIGHLANDS, CA, 95660 | US Mail (1st Class) |
| 34516 | HUE & CRY, PO BOX 556, ANDERSON, CA, 96007 | US Mail (1st Class) |
| 34516 | HUTCHINSON SIGNS, 5625 HAPPY PINES DR, FORESTHILL, CA, 95631 | US Mail (1st Class) |
| 34516 | IJ. S HEALTHWORKS MEDICAL, P O. BOX 50042, LOS ANGELES, CA, 90074 | US Mail (1st Class) |
| 34516 | IN THE NEWS, P. O BOX 30176, TAMPA, FL, 33630-3176 | US Mail (1st Class) |
| 34516 | JACK IN THE BOX CORPORATE, 9330 BALBOA AVE, SAN DIEGO, CA, 92123-1516 | US Mail (1st Class) |
| 34515 | JACK IN THE BOX CORPORATE, 9330 BALBOA AVE, SAN DIEGO, CA, 92123-1516 | US Mail (1st Class) |

**Exhibit A - FSM**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34516 | JAMES BURRIS ASSOCAITES, 9921 CAMBERLY CT, GRANITE BAY, CA, 95746 | US Mail (1st Class) |
| 34516 | JOSEPH SANCHEZ, | US Mail (1st Class) |
| 34515 | KENDRICK, JACKSON & KEARL, C/O GLEN R SEGAL, ESQ, (RE. DANA CENTRE LLC), 2603 MAIN STREET, SUITE 700, IRVINE, CA, 92614 | US Mail (1st Class) |
| 34516 | KEUKA FOOTWEAR, P O BOX 693, PENN YAN, NY, 14527 | US Mail (1st Class) |
| 34516 | KLH MARKETING, 2120 EAST WINSTON ROAD, ANAHEIM, CA, 92806 | US Mail (1st Class) |
| 34516 | LEXUS FINANCIAL SERVICES, P O BOX 60114, CITYOF INDUSTRY, CA, 91716 | US Mail (1st Class) |
| 34516 | MARIE CARLSON, PO BOX 67, TEHAMA, CA, 96090 | US Mail (1st Class) |
| 34516 | MDI WORLDWIDE, 38271 W TWELVE MILE ROAD, FARMINGTON HILLS, MI, 48331 | US Mail (1st Class) |
| 34515 | MERLE C MEYERS, (RE ATTORNEYS FOR DEBTOR), 44 MONTGOMERY STREET, #1010, SAN FRANCISCO, CA, 94104 | US Mail (1st Class) |
| 34516 | MET LIFE, PO BOX 804466, KANSAS CITY, MO, 6418-4466 | US Mail (1st Class) |
| 34516 | MICROWAVE & APPLIANCE REPAIR C, 5741 AUBURN BLVD, SACRAMENTO, CA, 95841-2905 | US Mail (1st Class) |
| 34516 | MIDWEST BADGE, P O. BOX 1516, SKOKIE, IL, 60076-8516 | US Mail (1st Class) |
| 34516 | MOORE WALLACE- RR DONNELLEY CO, PO BOX 100098, PASADENA, CA, 91189-0098 | US Mail (1st Class) |
| 34516 | MR. ROOTER OF SHASTA CO, 2180 AIRSTRIP RD., REDDING, CA, 96003 | US Mail (1st Class) |
| 34516 | MR. ROOTER PLUMBING, 9 COMMERCE COURT, CHICO, CA, 95928 | US Mail (1st Class) |
| 34516 | MUZAK, P. O BOX 71070, CHARLOTTE, NC, 28272-1070 | US Mail (1st Class) |
| 34516 | NEVADA COUNTY TAX, P. O BOX 128, NEVADA CITY, CA, 95959-0128 | US Mail (1st Class) |
| 34515 | NEVADA COUNTY TAX, P 0 . BOX 128, NEVADA CITY, CA, 95959-0128 | US Mail (1st Class) |
| 34516 | NEVADA IRRIGATION, PO BOX 1019, GRASS VALLEY, CA, 95945 | US Mail (1st Class) |
| 34516 | NEVADA IRRIGATION DISTRICT, 1036 W MAIN ST, GRASS VALLEY, CA, 95945 | US Mail (1st Class) |
| 34516 | NGLIC, P. O BOX 201839, DALLAS, TX, 75320-1839 | US Mail (1st Class) |
| 34515 | OFFICE OF THE UNITED STATES TRUSTEE, ATTN JUDY HOTZE, 501 "I" STREET, SUITE 7-500, SACRAMENTO, CA, 95814 | US Mail (1st Class) |
| 34516 | OFFICIAL CHECK US BANK, | US Mail (1st Class) |
| 34516 | ONE CALL PROFESSIONAL CLEANING, 2466 PROGRESS DR , REDDING, CA, 96001 | US Mail (1st Class) |
| 34516 | OPEN SESAMEE LOCK & SAFE, 2535 VICTOR AVE , REDDING, CA, 96002-1435 | US Mail (1st Class) |
| 34516 | ORKIN PEST CONTROL, 10190 SYSTEMS PKWY STE 150, SACRAMENTO, CA, 95827 | US Mail (1st Class) |
| 34515 | PACHULSKI STANG ZIEHL & JONES LLP, JASON S POMERANTZ, (RE. VISTAR CORP, ROMA FOOD, VISTAR FOODSERVICE ET AL), 10100 SANTA MONICA BLVD , 11TH FL, LOS ANGELES, CA, 90067 | US Mail (1st Class) |
| 34516 | PATTERSON PROPERTIES, INC , 2270 DOUGLAS BLVD, ROSEVILTR, CA, 95661 | US Mail (1st Class) |
| 34516 | PG&E, BOX 997300, SACRAMENTO, CA, 95853 | US Mail (1st Class) |
| 34515 | PG&E, BOX 997300, SACRAMENTO, CA, 95853 | US Mail (1st Class) |
| 34516 | PLACER COUNTY SUPERIOR COURT, P O BOX 5700, AUBURN, CA, 95604-5700 | US Mail (1st Class) |
| 34516 | PLACER COUNTY TAX COLLECTOR, TREASURER/TAX COLLECTOR, P 0 BOX 7790, AUBURN, CA, 95603 | US Mail (1st Class) |
| 34515 | PLACER COUNTY TAX COLLECTOR, TREASURER/TAX COLLECTOR, P 0 BOX 7790, AUBURN, CA, 95603 | US Mail (1st Class) |
| 34516 | PLACER COUNTY WATER AGENCY, 144 FERGUSON RD, AUBURN, CA, 95603 | US Mail (1st Class) |
| 34516 | PLATT, P O BOX 2858, PORTLAND, OR, 97208 | US Mail (1st Class) |
| 34516 | PROGRESSIVE INSURANCE, PO BOX 894749, LOS ANGELES, CA, 90189-4749 | US Mail (1st Class) |
| 34516 | PROMO SHOP INC, 5420 MCCONNELL AVE, LOS ANGELES, CA, 90066 | US Mail (1st Class) |
| 34516 | PRO-TECH REFRIGERATION, 6478-F WESTSIDE RD #199, REDDING, CA, 96001 | US Mail (1st Class) |
| 34516 | PULIDO CARPET CLEANING, 2225 WEST CAPITOL #3, WEST SACRAMENTO, CA, 95691 | US Mail (1st Class) |
| 34515 | PYLE SIMS DUNCAN & STEVENSON, C/O PETER L DUNCAN, (RE JACK IN THE BOX, INC ), 401 B STREET, SUITE 1500, SAN DIEGO, CA, 92101 | US Mail (1st Class) |
| 34516 | QUALITY LAPEL PINS, INC, 5270 SOUTH ZINNIA COURT, LITTLETON, CO, 80127 | US Mail (1st Class) |
| 34516 | QWEST, PO BOX 856169, LOUISVILLE, KY, 40285-6169 | US Mail (1st Class) |
| 34516 | R F TECHNOLOGIES, INC , PO BOX 142, BETHALTO, IL, 62010-1818 | US Mail (1st Class) |
| 34515 | RAUSCHENBACH, MARVELLI, BECKER & ASSOCIATES, C/O BRADLEY S TOWNE, 641 FULTON AVE , SUITE 120, SACRAMENTO, CA, 95825 | US Mail (1st Class) |
| 34516 | RED BLUFF S.C , LP/ C/O KIMCO RELATY, PO BOX 5020, NEW HYDE PARK, NY, 11042-0020 | US Mail (1st Class) |
| 34516 | REDI-GRO CORP, 8909 ELDER CREEK RD S, SACRAMENTO, CA, 95828 | US Mail (1st Class) |

**Exhibit A - FSM**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34516 | REFRIGERATION SUPPLIES DIST., 26021 ATLANTIC OCEAN DRIVE LAKE, FOREST, CA, 92630 | US Mail (1st Class) |
| 34516 | ROSEVILLE FIRE DEPARTMENT, 401 OAK STREET #402, ROSEVILLE, CA, 95678 | US Mail (1st Class) |
| 34516 | SACRAMENTO COCA-COLA. BOTTLING, PO BOX 160608, SACRAMENTO, CA, 95835 | US Mail (1st Class) |
| 34516 | SACRAMENTO COUNTY SHERRIF S DE, PO BOX 348720, SACRAMENTO, CA, 95834-8720 | US Mail (1st Class) |
| 34516 | SACRAMENTO COUNTY TAX COLLECTO, PO BOX 508, SACRAMENTO , CA, 95812-0508 | US Mail (1st Class) |
| 34515 | SACRAMENTO COUNTY TAX COLLECTOR, PO BOX 508, SACRAMENTO, CA, 95812-0508 | US Mail (1st Class) |
| 34516 | SACRAMENTO COUNTY UTILITIES, PO BOX 1804, SACRAMENTO, CA, 95812-1804 | US Mail (1st Class) |
| 34516 | SENTINEL FIRE EQUIPMENT CO., I, PO BOX 161265, SACRAMENTO, CA, 95820 | US Mail (1st Class) |
| 34516 | SERVICE NOW PLUMBING, 9333 A VIKING PLACE, ROSEVILLE, CA, 95747 | US Mail (1st Class) |
| 34516 | SESCO, P O BOX 1848, BRISTOL, TN, 37621-1848 | US Mail (1st Class) |
| 34516 | SHASTA CO SHERIFF'S CIVIL DIV., 1500 COURT STREET, ROOM 206, REDDING, CA, 96001 | US Mail (1st Class) |
| 34516 | SHASTA COUNTY TAX COLLECTOR, P O. BOX 1830, REDDING, CA, 96001 | US Mail (1st Class) |
| 34515 | SHASTA COUNTY TAX COLLECTOR, P. 0 BOX 1830, REDDING, CA, 96001 | US Mail (1st Class) |
| 34516 | SHASTA FIRE EQUIPMENT, INC , 2329 HILLTOP DR., REDDING, CA, 96002 | US Mail (1st Class) |
| 34516 | SIERRA OFFICE SUPPLY, 9950 HORN RD , SUITE5, SACRAMENTO, CA, 95827 | US Mail (1st Class) |
| 34516 | SMUD, PO BOX 15555, SACRAMENTO, CA, 95853 | US Mail (1st Class) |
| 34515 | SMUD, PO BOX 15555, SACRAMENTO, CA, 95853 | US Mail (1st Class) |
| 34516 | SOUTH PLACER MUNICIPAL UTILITY, 5807 SPRINGVIEW DR , ROCKLIN, CA, 95677-3655 | US Mail (1st Class) |
| 34516 | SPORTS BOOSTERS, INC., 3666 KEARNY VILLA 1W, STE 305, SAN DIEGO, CA, 92123-1516 | US Mail (1st Class) |
| 34516 | SRC PUMPING, PO BOX 276424, SACRAMENTO, CA, 95827 | US Mail (1st Class) |
| 34516 | SSD SYSTEMS, 1740 N LEMON ST, ANAHEIM, CA, 92801-1007 | US Mail (1st Class) |
| 34516 | STATE BOARD OF EQUALIZATION, 3321 POWER INN RD, SUITE 210, SACRAMENTO, CA, 95826-3889 | US Mail (1st Class) |
| 34516 | STATE DISBURSEMENT UNIT, P.O BOX 989067, WEST SACRAMENTO, CA, 95798 | US Mail (1st Class) |
| 34516 | STATE FARM INSURANCE, 2825 BECHELLI LN, REDDING, CA, 96002 | US Mail (1st Class) |
| 34515 | SULMEYERKUPETZ, ALAN G TIPPLE / ELISSA D MILLER, (RE. CITY NATIONAL BANK), 333 SOUTH HOPE STREET, 35TH FLOOR, LOS ANGELES, CA, 90071 | US Mail (1st Class) |
| 34516 | SUPERIOR PRESS, 11930 HAMDEN PL,, SANTA FE, CA, 90670 | US Mail (1st Class) |
| 34516 | SUREWEST, PO BOX 1110, ROSEVILLE, CA, 95678-8110 | US Mail (1st Class) |
| 34516 | TAYLOR FREEZERS, 6825 EAST WASHINGTON BLVD , CITY OF COMMERCE, CA, 90040 | US Mail (1st Class) |
| 34516 | TEHAMA COUNTY ENVIRONMENTAL HE, 633 WASHINGTON ST, ROOM 36, RED BLUFF, CA, 96080 | US Mail (1st Class) |
| 34516 | TEHAMA COUNTY TAX COLLECTOR, PO BOX 769, 444 OAK STREET, RED BLUFF, CA, 96080 | US Mail (1st Class) |
| 34516 | TELLERMATE, 4038 FLOWERS RD , ATLANTA, GA, 30360 | US Mail (1st Class) |
| 34516 | TERMINIX, 950 RIVERSIDE PARKWAY, SUITE 40, WEST SACRAMENTO, CA, 95605 | US Mail (1st Class) |
| 34516 | THE MONITOR, 30950 CORRAL DRIVE SUITE B, COARSGOLD, CA, 93614-9233 | US Mail (1st Class) |
| 34516 | THE SOFTSERVE MAN, P O BOX 1688, WOODLAND, CA, 95776 | US Mail (1st Class) |
| 34516 | THE WASSERSTROM COMPANY, 477 S FRONT ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 34515 | THE WASSERSTROM COMPANY, 471 S. FRONT ST, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 34516 | TRAINOR FAIRBROOK, PO BOX 255824, SACRAMENTO, CA, 95865 | US Mail (1st Class) |
| 34515 | TRAINOR FAIRBROOK, PO BOX 255824, SACRAMENTO, CA, 95865 | US Mail (1st Class) |
| 34515 | TRAINOR FAIRBROOK, NANCY HOTCHKISS, 980 FULTON AVE., SACRAMENTO, CA, 95825 | US Mail (1st Class) |
| 34516 | TRAINOR ROBERTSON, P O BOX 255824, SACRAMENTO, CA, 95865 | US Mail (1st Class) |
| 34516 | TUTTON INSURANCE SERVICES, INC, 2913 S PULLMAN ST, SANTA ANNA, CA, 92705 | US Mail (1st Class) |
| 34516 | UMPQUA BANK, 1050 PLEASANT GROVE STE 10, ROSEVILLE, CA, 95678 | US Mail (1st Class) |
| 34516 | VISION SERVICE PLAN, P O BOX 45210, SAN FRANCISCO , CA, 94145-5210 | US Mail (1st Class) |
| 34516 | VSA VISTAR, P O BOX 951080, DALLAS, TX, 75395 | US Mail (1st Class) |
| 34515 | VSA VISTAR, P 0 BOX 951 080, DALLAS, TX, 75395 | US Mail (1st Class) |
| 34516 | WASTE MANAGEMENT, PO BOX 78251, PHOENIX, AZ, 85062 | US Mail (1st Class) |
| 34515 | WASTE MANAGEMENT, PO BOX 78251, PHOENIX, AZ, 85062 | US Mail (1st Class) |

**Subtotal for this group: 184**