FILED
February 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002408837

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>FOOD SERVICE MANAGEMENT, INC. et al.,[1]<br><br>    JIB Debtors.<br><br>☐ Affects Food Service Management, Inc.<br>☐ Affects Kobra Associates, Inc.<br>☐ Affects Sierra Valley Restaurants, Inc.<br>☐ Affects Central Valley Food Services, Inc.<br>☒ Affects All Debtors | Case No. 09-40066<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 09-40068, 09-40212, and 09-40214) |

**DECLARATION OF ANIL YADAV IN SUPPORT OF QUALIFIED BID OF *NOR-CAL VENTURE CROUP, INC***

STATE OF *CALIFORNIA* )
                             )
COUNTY OF *ALAMEDA* )

    I, *ANIL YADAV*, hereby declare (the "Declaration") as follows:

    1.    This Declaration is submitted pursuant to the Order Granting Trustee's Motion for Approval of Bidding Procedures and Forms of Notice in Connection with Going-Concern Sale of Substantially All Operating Assets Free and Clear of Liens, Claims, Encumbrances, and Interest Pursuant to 11 U.S.C. § 363, and Related Assumption and Assignment of Executory Contracts Pursuant to 11 U.S.C. § 365 or Alternatively Through a Plan Filed by the Trustee Pursuant to 11 U.S.C. § 1106(a)(5) and § 1121 (the "Bidding Procedures Order"), and in support of the consideration of *NOR-CAL VENTURE GROUP, INC.* ("Bidder") as a "Qualified Bidder," as

---

[1] The Debtors in these proceedings are: Food Service Management, Inc., Kobra Associates, Inc., Sierra Valley Restaurants, Inc., and Central Valley Food Services, Inc.

1

SF:273244.2

defined in the Bidding Procedures Order, for the assets of Food Service Management, Inc., a California corporation, Kobra Associates, Inc. a California corporation, Sierra Valley Restaurants, Inc., a California corporation, and/or Central Valley Food Services, Inc., a California corporation (collectively, the "Debtors").

2. Attached hereto as Exhibit A is a list of all known past and present connections, agreements, and/or understandings between (a) Bidder and any of its past or present "affiliates" or "insiders," as each such term is defined in 11 U.S.C. § 101, and (b) (i) any of the Debtors and any of their respective past or present affiliates or insiders, (ii) Beverly N. McFarland, Chapter 11 Trustee, or (iii) JIB Corporate (as defined in the Bidding Procedures Order).

3. Bidder is conducting ongoing inquiries regarding the connections, agreements, and/or understandings described above. Upon conclusion of those inquiries or at any time subsequent hereto, if Bidder should discover any fact bearing on the matters described herein, Bidder will supplement the information contained in this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed at  Fremont, CA  on *FEBRUARY 9*, 2010

*ANIL YADAV*
*PRESIDENT*

# EXHIBIT A
(Listing of connections, agreements, and/or understandings)

**Bidders connections with Debtors as described in Paragraph 2(b)(i):**

NONE.

**Bidders connections with Trustee as described in Paragraph 2(b)(ii):**

NONE.

**Bidders connections with JIB Corporate as described in Paragraph 2(b)(iii):**

President Anil Yadav is a current franchisee of JIB and entities owned or controlled by Anil Yadav own and operate JIB franchises.

Shareholder Ashok Patel is an approved franchisee and holds an interest in entity(ies) which own JIB franchise(s).

Shareholder Miyank Patel is an approved franchisee and holds an interest in entity(ies) which own JIB franchise(s).