UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Food Service Management, Inc. | **Case No :** | 09-40066 - C - 11 |
| | | **Date :** | 2/25/10 |
| | | **Time :** | 10:00 |

| | | |
|---|---|---|
| **Matter :** | [540] – Motion/Application for Order Authorizing the Rejection of Contracts Associated with Store Nos. 3401, 4311, and 4316 [WS-22] Filed by Trustee Beverly N. McFarland (wlos) | UNOPPOSED |

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
      Trustee – Beverly N. McFarland
      Trustee's Attorney – Richard A. Lapping
      Trustee's Attorney – David Honig; Marcus Colabianchi-ph
      Accountant – Michael Gabrielson
**Respondent(s) :**
(by phone)     Creditor – Alicia Clough; John Clemency; Peter Duncan
      Interested Party – Donald Fitzgerald


MOTION was :
Findings of fact/conclusions of law stated orally on record
Granted

ORDER TO BE PREPARED BY :     Lapping; Honig; Colabianchi