FRIEDMAN STROFFE & GERARD P.C.
Eoin L. Kreditor (SBN 151131)
    ekreditor@fsglawyers.com
Lydia J. Lake (SBN 241700)
    llake@fsglawyers.com
19800 MacArthur Blvd., Suite 1100
Irvine, California 92612-2425
Tele: (949) 265-1100
Fax: (949) 265-1199

Attorneys for Secured Creditor
WELLS FARGO BANK, N.A. Successor-by-Merger to WELLS FARGO BANK MINNESOTA, N.A. (formerly known as NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION) as Indenture Trustee for CAPTEC FRANCHISE TRUST 1999-1

**FILED**

MAR 0 2 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

In re:

FOOD SERVICE MANAGEMENT, INC., et al.

Debtors.

☐ Affects Food Service Management, Inc.
☐ Affects Kobra Associates, Inc.
☐ Affects Sierra Valley Restaurants, Inc.
☐ Affects Central Valley Food Services, Inc.
☒ Affects All Debtors

CASE NO.: 09-40066-C-11

Chapter 11

(Jointly Administered with Case Nos. 09-40068, 09-40212, and 09-40214)

DCN: WS-17

**WELLS FARGO BANK, N.A., SUCCESSOR-BY-MERGER TO WELLS FARGO BANK MINNESOTA, N.A. (FORMERLY KNOWN AS NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION) AS INDENTURE TRUSTEE FOR CAPTEC FRANCHISE TRUST 1999-1'S STATEMENT OF LIMITED OPPOSITION TO TRUSTEE'S MOTION FOR ORDER APPROVING GOING CONCERN SALE OF SUBSTANTIALLY ALL OPERATING ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §363**

Date: March 17, 2010
Time: 10:00 a.m.
Dept: C

1

OPPOSITION TO TRUSTEE'S MOTION

Wells Fargo Bank, N.A., successor-by-merger to Wells Fargo Bank Minnesota, N.A. (formerly known as Norwest Bank Minnesota, National Association) as Indenture Trustee for Captec Franchise Trust 1999-1 ("Trust"), hereby files its limited opposition statement to Trustee's Motion for the entry of order approving going concern sale of substantially all operating assets free and clear of liens, claims, encumbrances, and interests pursuant to 11 U.S.C. §363 (the "Sale Motion").

## I. INTRODUCTION

Trust, a secured creditor, has no objection to the procedure for the sale of the properties set forth in the Sale Motion or of the sale of the properties, but believes that such Sale Motion fails to fully protect the rights of Trust. The Sale Motion indicates that the Trustee believes that an auction will achieve the highest sale price for the assets but fails to provide any indication of what value the Trustee expects to receive or the amount that the Trustee proposes to deliver to the various secured and unsecured creditors involved in this action.

## II. STATEMENT OF FACTS

Trust holds a secured claim against one of the Debtors, Food Services Management, Inc. (the "Loan"). The Loan consists of one loan secured by the inventory, equipment, instruments, accounts and general intangibles of one income producing property (a Jack in the Box franchise) located in Grass Valley, California, as well as all proceeds and products thereof including, without limit, insurance proceeds, stock rights, subscription rights, dividends, stock dividends, stock splits or liquidating dividends, and all cash, accounts, chattel paper and general intangibles arising from the sale, rent, lease, casualty loss or other disposition of the above. Trust has delivered a proof of claim in the amount of $113,838.38.

OPPOSITION TO TRUSTEE'S MOTION

## III. CONCLUSION

Because the Trustee has not provided any assurance that Trust's interests and rights are adequately protected, Trust respectfully requests that any order issued in connection with the Sale Order specify that Trust's security interest will attach to the proceeds of the sale of the applicable property and that the rights of Trust with respect to the amount of its claim are reserved pending resolution of the proposed amount of claim to be delivered to Trust.

DATED: March __1__, 2010

FRIEDMAN STROFFE & GERARD, P.C.

By: _____
LYDIA LAKE
Attorneys for Secured Creditor
WELLS FARGO BANK, N.A.,
Successor-by-Merger to WELLS
FARGO BANK MINNESOTA, N.A.
(formerly known as NORWEST
BANK MINNESOTA, NATIONAL
ASSOCIATION) as Indenture
Trustee for CAPTEC FRANCHISE
TRUST 1999-1