UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Food Service Management, Inc. | **Case No :** | 09-40066 - C - 11 |
| | | **Date :** | 3/17/10 |
| | | **Time :** | 10:00 |

**Matter :** [504] – Motion/Application for Order Approving Going Concern Sale of Substantially All Operating Assets Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. Sec. 363 [WS-17] Filed by Trustee Beverly N. McFarland (wlos)   **OPPOSED**

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
  Trustee – Beverly N. McFarland
  Trustee's Attorney – Richard A. Lapping
  Trustee's Attorney – David Honig; Marcus Colibianchi; Michael Gabrielson-accountant
**Respondent(s) :**
  Creditor – David Bournazian; Peter Duncan; Dana Johnson; Marc Cohen; Jamie Dreher; Pat Kelly; Kevin Chen; Patricia Lee; Alan Tippie; Raymond Policar; Donald Fitzgerald; Daniel Egan; George Hollister; Walter Dahl
(by phone) Creditor – Michele Assayag; John Clemency; Alicia Clough; Lisa Lenherr; Martha Romero; Michael Loewen

MOTION was :
Findings of fact/conclusions of law stated orally on record
Granted

ORDER TO BE PREPARED BY :   Lapping; Honig